GARNET E. BEAL, ESQ.
Nevada Bar No.: 12693
DIMOPOULOS LAW FIRM
6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
O: (702) 800-6000
F: (702) 224-2114
gb@stevedimopoulos.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE KOVE, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY subsidiary ZURICH AMERICAN COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:19-cv-00224-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING AND PUNITIVE DAMAGES** |

IT IS HEREBY STIPULATED AND AGREED by all parties hereto, by and through their respective counsel, subject to approval by this Court, that Plaintiff's Opposition to Defendant's Motion for Summary Judgment on Plaintiff's Claim for Breach of The Covenant of Good Faith and Fair Dealing and Punitive Damages shall be filed on or before March 4, 2020.

Dated this 24th day of February, 2020.　　　　　Dated this 24th day of February, 2020.

**DIMOPOULOS LAW FIRM**　　　　　**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/S/ *Garnet E. Beal*　　　　　　　　　　　　　　　/S/ *Blake A. Doerr*
GARNET E. BEAL　　　　　　　　　　　　　　　BLAKE A. DOERR
Nevada Bar No. 12693　　　　　　　　　　　　　Nevada Bar No. 9001
6671 S. Las Vegas Blvd., Ste. 275　　　　　　　6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89119　　　　　　　　　　Las Vegas, Nevada  89118
Attorneys for Plaintiff　　　　　　　　　　　　　Attorneys for Defendants
*Danielle Kove*　　　　　　　　　　　　　　　　*Steadfast Insurance Company*

## ORDER

**IT IS SO ORDERED.**

Dated this  25  day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted By:

/s/ *Garnet E. Beal*
GARNET E. BEAL
Nevada Bar No. 12693
6671 S. Las Vegas Blvd., Ste. 275
Las Vegas, Nevada 89119
Attorneys for Plaintiff
*Danielle Kove*