ROBERT W. FREEMAN
Nevada Bar No. 003062
Robert.Freeman@lewisbrisbois.com
BLAKE A. DOERR
Nevada Bar No. 009001
Blake.Doerr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Steadfast Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DANIELLE KOVE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, a subsidiary ZURICH AMERICAN COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00224-GMN-NJK<br><br>STIPULATION AND ORDER FOR DISMISSAL |

IT IS STIPULATED by and between plaintiff Danielle Kove and defendant Steadfast Insurance Company, by and through their respective counsel, that this action shall be dismissed in its entirety, with prejudice, with each party to bear her/its own attorneys' fees and costs.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.  IT IS FURTHER ORDERED** that, in light of this Stipulation of Dismissal, Defendant Steadfast Insurance Company's pending Motion for Summary Judgment, (ECF No. 30), is **DISMISSED as moot**.

Dated this 29 day of June, 2020.

Gloria M. Navarro
U.S. District Judge
District of Nevada

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4835-5685-0876.1

1  DATED this 16 day of ~~May~~ JUNE, 2020          DATED this 24 day of June, 2020

2  DIMOPOULOS INJURY LAW                    LEWIS  BRISBOIS  BISGAARD  &  SMITH
                                            LLP
3

4

5  /s/ _____      /s/  Blake A. Doerr _____
   Steve Dimopoulos, Esq.                   Robert W. Freeman
6  Garnet E. Beal Esq.                      Blake A. Doerr
   6671 S. Las Vegas Blvd.,Ste. 275         6385 S. Rainbow Boulevard, Suite 600
7  Las Vegas, Nevada 89119                  Las Vegas, Nevada 89118
   Telephone: 702-800-6000                  *Attorneys for Defendant*
8  Facsimile: 702-224-2114
9  *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21  Respectfully submitted by:

22   /s/ Blake A. Doerr _____
23  Blake A. Doerr, Esq.
    Nevada Bar No. 9001
24  6385 S. Rainbow Blvd., Suite 600
    Las Vegas, Nevada 89118
25  *Attorneys for Defendant*

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4835-5685-0876.1                              2